AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

MERIDIAN OHC PARTNERS, LP,
Derivatively on Behalf of
CYANOTECH CORPORATION

Plaintiff,

V.

MICHAEL A. DAVIS, GERALD R. CYSEWSKI, NANCY E. KATZ, WALTER B. MENZEL, DAVID M. MULDER and DAVID L. VIED

Defendants,

CYANOTECH CORPORATION, a Nevada corporation

Nominal Defendant.

JUDGMENT IN A CIVIL CASE

Case: CV 19-00536 JAO-WRP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

July 15, 2020

At 4 o'clock and 20 min p.m.
MICHELLE RYNNE, CLERK

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed pursuant to the "Order Granting Nominal Defendant Cyanotech Corporation's Motion to Dismiss Plaintiff's Verified Shareholder Derivative Complaint", ECF No. 61, filed on July 15, 2020.

July 15, 2020

Date

MICHELLE RYNNE

Clerk

/s/ Michelle Rynne by ET

(By) Deputy Clerk